DATE: 3/24/2008    CASE NUMBER: 08-15498-001M-SD

CLOSED

**PLEA/SENTENCING MINUTES**

USA vs. Telesforo Manuel Alvarado-Quintero

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK

U.S. Attorney _____   INTERPRETER REQ'D Ricardo Gonzalez
                                        LANGUAGE: Spanish

Attorney for Defendant Matthew Johnson (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 3/18/08           ☐ Complaint Filed           ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☐ Initial Appearance

**DETENTION HEARING:**   ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for: before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**   ☒ Held  ☐ Cont'd  ☐ Reset
Set for: before:

☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts ONE
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) ONE of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☒     ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of ___  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED   ☐ Fine $_____   ☐ Restitution $_____

Other: Defense counsel advises the Court that the defendant refuses to sign a Waiver of Removal. Senior Patrol Agent Nick Francescutti, on behalf the Government, orally moves to dismiss the Complaint against the defendant. Defense counsel has no objection. IT IS ORDERED dismissing the Complaint without prejudice. Case closed.

RECORDED: CS (3 Min)
BY: Jocelyn M. Arviso, Deputy Clerk

UNITED STATES DISTRICT COURT                                    MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 3/20/2008          CASE NUMBER:  08-15498M-001

USA vs. Telesforo Manuel Alvarado-Quintero

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER  Marcia Resler
                                            LANGUAGE  Spanish
Attorney for Defendant  Matthew Johnson (AFPD) - Not Present
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  3/18/08              ☒ Initial Appearance              ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ Defendant Sworn                 ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)            ☐ Defendant states true name to be ___. Further proceedings ORDERED
                            in Defendant's true name.

| DETENTION HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk  ☐ Danger | IDENTITY HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| --- | --- |
| PRELIMINARY HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: _____<br>☐ Held  ☐ Con't  ☐ Reset<br><br>Set for:<br>Before: |

Other: Plea and sentence set for 3/24/08 at 11:00 a.m. before Magistrate Judge Irwin.


Recorded by Courtsmart
BY:  Jocelyn M. Arviso
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

3/18

UNITED STATES OF AMERICA
V.
Telesforo Manuel ALVARADO-Quintero
Citizen of Mexico
YOB: 1956
088764523
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15498M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about March 1, 2006, near Andrade, California in the Southern District of California, Defendant Telesforo Manuel ALVARADO-Quintero, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

_____
Signature of Complainant
Alfredo Prieto
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

March 20, 2008                                    at         Yuma, Arizona
Date                                                            City and State

Jay R. Irwin, U.S. Magistrate                     _____
Name & Title of Judicial Officer                   Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:            Telesforo Manuel ALVARADO-Quintero

Dependents:           2 Mexican

**IMMIGRATION HISTORY:**    The Defendant is an illegal alien **and has been apprehended by the U.S. Border Patrol on 4 prior occasions**.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 08/28/00 | Bakersfield, CA | Driving Under the Influence | No disposition recorded. |
|  |  | Driving Under the Influence Blood Alcohol Content .08 Percent or more | No disposition recorded. |

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Wellton Border Patrol agents near Wellton, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Wellton station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on March 1, 2006.

Charges:    8 USC§1325        (Misdemeanor)

_[signature]_
Signature of Complainant

Sworn to before me and subscribed in my presence,

__March 20, 2008__
Date

_____
Signature of Judicial Officer